HONORABLE RONALD B. LEIGHTON

04-CV-05461-ORD

FILED ___ LODGED
___ RECEIVED

OCT 13 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

LORI ANNE ARMSTRONG, et al,

   Plaintiffs,

v.

COUNTY OF KITSAP, et. al.

   Defendants.

NO. C04-5461RBL

STIPULATION AND [~~PROPOSED~~]
ORDER APPOINTING MICHAEL
RIGGIO AS 39.1 NEUTRAL
MEDIATOR

## STIPULATION

COME NOW, the parties hereto, through their respective counsel, and pursuant to Local Rule 39.1(b)(3) hereby agree to the appointment of attorney Michael Vincent Riggio as a neutral mediator. A true and correct copy of the curriculum vitae of Mr. Riggio is attached hereto.

DATED this 12th day of October, 2006.

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney

_____
IONE S. GEORGE, WSBA #18236
Senior Deputy Prosecuting Attorney
Attorney for Defendants

STIPULATION AND ORDER APPOINTING MICHAEL
RIGGIO AS 39.1 NEUTRAL MEDIATOR .. 1
C04-5461RBL

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083

DATED this 12th day of October, 2006.

SMITH ALLING LANE

/s/ Telephonically approved 10/12/06
BRIAN L. DOLMAN, WSBA #32365
Attorney for Plaintiffs

## ORDER

ORDERS that Michael Riggio is appointed as a neutral for the purposes of Rule 39.1.

DONE IN OPEN COURT this 13th day of October, 2006.

HONORABLE RONALD B. LEIGHTON

PRESENTED BY:

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney

IONE S. GEORGE, WSBA #18236
Senior Deputy Prosecuting Attorney
Attorney for Defendants

COPY RECEIVED/NOTICE OF PRESENTATION WAIVED:

SMITH ALLING LANE

/s/ Telephonically approved 10/12/06
BRIAN L. DOLMAN, WSBA #32365
Attorney for Plaintiffs

STIPULATION AND ORDER APPOINTING MICHAEL
RIGGIO AS 39.1 NEUTRAL MEDIATOR .. 2
C04-5461RBL

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083

# DECLARATION OF SERVICE

I hereby certify that on October 12, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Brian L. Dolman | Phone: 253-627-1091 |
| Smith Alling & Lane | Fax:     253-627-1091 |
| 1102 Broadway Plaza, Ste. 403 | E-mail:  bdolman@smithallinglane.com |
| Tacoma WA 98402 | |

EXECUTED 12th day of October, 2006, at Port Orchard, Washington.

*/s/ Shelley L. Solie*

SHELLEY L. SOLIE
Legal Assistant to Ione S. George
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA 98366
Phone:     360-337-4533
Fax:         360-337-7083
E-mail:    ssolie@co.kitsap.wa.us

STIPULATION AND ORDER APPOINTING MICHAEL
RIGGIO AS 39.1 NEUTRAL MEDIATOR .. 3
C04-5461RBL

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083

*Curriculum Vitae*

# Michael Vincent Riggio

Luce & Associates, P.S.  
4505 Pacific Highway East, Suite A  
Tacoma, WA 98424-2638  
(253) 922-8724  
Cell (253) 677-4030  
michael.riggio@llrwa.com

Home Address:  
4312 Shore Drive NW  
Gig Harbor, WA 98335  
(253) 851-9264  
mriggio@centurytel.net

### Position Sought

Professional Neutral Panel Position

### Experience

**Present Position:** Shareholder: Luce & Associates, P.S., Tacoma Washington. Litigation Group Head with emphasis on civil litigation in State and Federal Courts. Primary focus is plaintiff personal injury.

**Past Positions**
- Shareholder, Graham & Dunn, P.S., Seattle, WA (1989-1994)
- Deputy Prosecuting Attorney, Pierce County, Washington (1987-1989)
- U.S. Navy Circuit General Courts-Martial Trial Judge (1983-1987) (Alaska to Central California)
- Attorney, U.S. Navy Judge Advocate General's Corps (1973-1987)
- U.S. Navy Fighter Pilot, Viet Nam combat experience (1967-1973)

### Qualifications

| | | |
|---|---|---|
| Member: | Washington State Bar Association; Oregon State Bar Association | |
| Admitted to practice: | U.S. Supreme Court | Washington Supreme Court |
| | Oregon Supreme Court | Ninth Circuit Court of Appeals |
| | U.S. Federal District Court (Western District WA; OR) | |
| | U.S. Court of Military Appeals | Navy Court of Military Review |

### Education

| | |
|---|---|
| 1986 | LL.M. (Law and Marine Affairs), University of Washington, Seattle, Washington |
| 1976 | Juris Doctorate with Distinction, Seattle University School of Law, Seattle, Washington |
| 1967 | Bachelor of Arts (Chemistry), University of Washington, Seattle, Washington |

### Professional Organizations

| | |
|---|---|
| Washington State Bar Association (WSBA) | Oregon State Bar Association |
| Tacoma-Pierce County Bar Association | Seattle-King County Bar Association |
| Washington State Trial Lawyers Association | American Bar Association |

### Teaching Experience

| | |
|---|---|
| 1984-present | Adjunct Professor of Law, Seattle University School of Law, Seattle, Washington (Trial Advocacy) |
| 1980-1984 | Adjunct Professor, San Jose State University, San Jose, California (Aerospace Law) |
| 1979-1980 | Faculty, City University, Seattle, Washington (Business Law for MBA Candidates) |
| 1972-1973 | U.S. Navy Jet Flight Instructor |

*Curriculum Vitae*
Michael V. Riggio
Page 2 of 2

### Other Legal Experience

| | |
|---|---|
| WSBA Discipline Hearings Officer | WSBA Legal Services to the Armed Forces |
| California Certified Mediator (2004) | (member and former Committee Chair) |

Mediator at Pierce County Center for Dispute Resolution
Pro Tempore Superior Court Judge, Pierce County, WA
Better Business Bureau mediator for automobile Lemon Law cases